**COMMONWEALTH of Pennsylvania,**
**Appellee**

v.

**Kevin JOHNSON, Appellant.**

Supreme Court of Pennsylvania.

Argued Nov. 18, 2014.
Decided Dec. 24, 2014.

Leonard Sosnov, Esq., Harrisburg, for Pennsylvania Association of Criminal Defense Lawyers, amicus curiae.

Brandon Donald Pack, Esq., Glenn D. Welsh, Esq., Berks County Public Defender's Office, Richard Alan Joyce Jr., Esq., Lebanon, for Kevin Johnson.

Alisa Rebecca Hobart, Esq., Berks County District Attorney's Office, John T. Adams, Esq., for Commonwealth of Pennsylvania.

CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, STEVENS, JJ.

*ORDER*

PER CURIAM.

**AND NOW,** this 24th day of December, 2014, the appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**

Chief Justice CASTILLE did not participate in the consideration or decision of this matter.

▪

**In re Nomination Petition of Mel M. MARIN for the Democratic Nomination for U.S. Representative from the 3rd Congressional District.**

**Appeal of Mel M. Marin.**

Supreme Court of Pennsylvania.

Dec. 24, 2014.

*ORDER*

PER CURIAM.

**AND NOW,** this 24th day of December, 2014, the Application to Dismiss is granted.